IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PILLAR CONSTRUCTION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WATERFRONT 1001 4TH STREET, LLC, ET AL., <br><br> Defendants. | Civil Action No. 1:17-cv-02172 |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41, the parties in the above-captioned matter, Plaintiff Pillar Construction, Inc., Defendant James G. Davis Construction Corporation, and Defendant Waterfront 1001 4th Street, LLC, by and through undersigned counsel, hereby stipulate to the dismissal of this action with prejudice pursuant to the terms of the parties' Partial Settlement Agreement dated March 15, 2018. As set forth in the Agreement, the dismissal with prejudice relates to the mechanic's lien that is the subject of this lawsuit, and the parties' rights are otherwise not affected as set forth in paragraphs 5-8 of the Partial Settlement Agreement.

Dated: April 24, 2018

Respectfully submitted,

/s/ Nicole L. Campbell
Roger C. Jones, D.C. Bar # 994634
Nicole L. Campbell, D.C. Bar #498490
Huddles Jones Sorteberg & Dachille, P.C.
10211 Wincopin Circle, Suite 200
Columbia, Maryland 21044
(410) 720-0072 (Telephone)
(410) 720-0329 (Facsimile)
jones@constructionlaw.com
campbell@constructionlaw.com
***Counsel for Plaintiff Pillar Construction, Inc.***

And

/s/ Alexandra E. Busch
Stephen M. Seeger (#431258)
Alexandra E. Busch (#1047111)
PECKAR & ABRAMSON, P.C.
2055 L Street, NW, Suite 750
Washington, DC 20036
Telephone: (202) 293-8815
sseeger@pecklaw.com
abusch@pecklaw.com
***Counsel for Defendants James G. Davis Construction Corporation and Waterfront 1001 4th Street, LLC***

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of April 2018, a true and correct copy of the foregoing Joint Stipulation of Dismissal was electronically filed with the Clerk of the Court using the CM/ECF system, which sent electronic notice to the following:

Stephen M. Seeger (#431258)
Alexandra E. Busch (#1047111)
PECKAR & ABRAMSON, P.C.
2055 L Street, NW, Suite 750
Washington, DC 20036
Telephone: (202) 293-8815
sseeger@pecklaw.com
abusch@pecklaw.com
***Counsel for Defendants James G. Davis Construction Corporation and Waterfront 1001 4th Street, LLC***

                                                    /s/ Nicole L. Campbell
                                                    Nicole L. Campbell